IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL COOK, MICHAEL SCHUSTER, and HIGHLAND AUTO GLASS, INC.,<br><br>    Defendants. | Case No. 21-cv-348-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count I, a claim for a declaration of no liability coverage for Michael Cook's bodily injuries and no duty to defend or indemnify Highland Auto Glass and Michael Schuster, in favor of plaintiff Auto-Owners Insurance Company and against defendants Highland Auto Glass, Inc., Michael Schuster, and Michael Cook;

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered on part of Count II, a claim for a declaration of underinsured motorist coverage for defendant Michael Schuster, in favor of plaintiff Auto-Owners Insurance Company and against defendants Michael Schuster;

IT IS FURTHER DECLARED that

Plaintiff Auto-Owners Insurance Company owes no liability coverage for defendant Michael Cook's bodily injuries and no duty to defend or indemnify defendants Highland Auto Class, Inc. and Michael Schuster under Tailored Protection Policy No. 50-955-220-00, issued to Highland Auto Glass, Inc. in connection with the lawsuit *Michael K. Cook v. Highland Auto Glass, Inc.,*

*Michael Schuster, and Devin Dahmer*, No. 20-L-000546, in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois; and

Plaintiff Auto-Owners Insurance Company owes no underinsured motorist coverage to Michael Schuster under Tailored Protection Policy No. 50-955-220-00, issued to Highland Auto Glass, Inc. in connection with the accident at issue in lawsuit *Michael K. Cook v. Highland Auto Glass, Inc., Michael Schuster, and Devin Dahmer*, No. 20-L-000546, in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois; and

IT IS FURTHER ORDERED AND ADJUDGED that part of Count II, a claim for a declaration of no underinsured motorist coverage for defendant Michael Cook, is dismissed with prejudice.

**DATED:   March 9, 2023**

                                       s/Tina Gray, Deputy Clerk
                                       **MONICA A. STUMP, Clerk of Court**

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**